UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) No. 2:17-CR-12 |
| | ) |
| | ) |
| MICHAEL J.W. POTTER | ) |

# **ORDER**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated November 14, 2017. In that Report and Recommendation, [Doc. 464], the Magistrate Judge recommends that the defendant's motion to suppress statements, [Doc. 405], be denied. The defendant filed an objection to this recommendation, [Doc. 527].

After careful de novo consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation, [Doc. 464], is **ADOPTED** and **APPROVED**, and that the defendant's motion to suppress, [Doc. 405], is **DENIED**.

ENTER:

                                                                       s/J. RONNIE GREER
                                       UNITED STATES DISTRICT JUDGE